**Order entered September 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00780-CV

### WHITE NILE SOFTWARE, INC., Appellant

### V.

### CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17105**

## ORDER

Before the Court is appellee's September 3, 2019 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 10, 2019**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/     KEN MOLBERG
          JUSTICE